**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000141**
**05-JUN-2025**
**07:55 AM**
**Dkt. 13 ODSLJ**

NO. CAAP-25-0000141

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THOMAS P. FLORES II, Plaintiff-Appellant,
v.
GLENN S. PAGE; SAFEWAY INC., Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-24-0001353)

**ORDER**
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

1.    Plaintiff-Appellant Thomas P. **Flores**, II filed his notice of appeal in the circuit court on March 9, 2025;

2.    Flores purports to appeal from the circuit court's February 27, 2025 *Trial Setting Status Conference* **Order**; and

3.    The Order is not an appealable order because it does not resolve all claims as to all parties and the circuit court did not certify it for appeal under Hawaiʻi Rules of Civil Procedure Rule 54(b), Jenkins v. Cades Schutte Fleming & Wright, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994); it is not an appealable collateral order, see Greer v. Baker, 137 Hawaiʻi 249, 254, 369 P.3d 832, 837 (2016); it is not appealable under the Forgay doctrine, see Ciesla v. Reddish, 78 Hawaiʻi 18, 20, 889 P.2d 702, 704 (1995); and it is not appealable under Hawaii Revised Statutes § 641-1(b).

Therefore, IT IS HEREBY ORDERED that this appeal is dismissed for lack of jurisdiction.

DATED: Honolulu, Hawaiʻi, June 5, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge